# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**JOSEPH A. SUNDERMEYER,**
               **Petitioner,**

    **v.**                                    **Case No. 14-C-0843**

**MARC CLEMENTS, Warden,**
**Dodge Correctional Institution,**
               **Respondent.**

---

## ORDER

After Joseph Sundermeyer filed his petition for a writ of habeas corpus under 28 U.S.C. § 2254 and a motion for stay and abeyance pursuant to Rhines v. Weber, 544 U.S. 269 (2005), I directed the respondent to indicate whether he opposes the motion for stay and abeyance. The respondent has since stated that he does not oppose the motion. Therefore, **IT IS ORDERED** that the motion for stay and abeyance is **GRANTED**. This case shall be stayed and held in abeyance until such time as the state proceedings relating to Sundermeyer's conviction have concluded.

Dated at Milwaukee, Wisconsin, this 10th day of September, 2014.

                                s/ Lynn Adelman

                                _____
                                LYNN ADELMAN
                                District Judge